United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-10500-sr
Michael F. Coates                                                       Chapter 13
Michael F. Coates
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Stacey            Page 1 of 1            Date Rcvd: Oct 27, 2016
                               Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2016.
db            +Michael F. Coates,   MAILING ADDRESS,   6139 West Jefferson Street 1st Fl,
               Philadelphia, PA 19151-4531
db            #+Michael F. Coates,   144 West Queen Lane,   Philadelphia, PA 19144-6273
cr            +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,   Kristen D. Little, Esquire,
               Shapiro & DeNardo, LLC,   3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2016 at the address(es) listed below:
              CHRISTOS A. KATSAOUNIS   on behalf of Creditor   Commonwealth of Pennsylvania, Department of
              Revenue RA-occbankruptcy5@state.pa.us,   RA-occbankruptcy6@state.pa.us
              DEMETRIUS J. PARRISH   on behalf of Debtor Michael F. Coates djp711@aol.com
              FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
              ecf_frpa@trustee13.com
              FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor   JPMorgan Chase Bank, National Association
              bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL   on behalf of Creditor   JPMorgan Chase Bank, National Association
              pa-bk@logs.com
              KRISTEN D. LITTLE   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
              pabk@logs.com
              KRISTEN D. LITTLE   on behalf of Creditor   JPMorgan Chase Bank, National Association
              pabk@logs.com
              PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
              james.feighan@phila.gov
              POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
              ecf_frpa@trustee13.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Michael F. Coates,<br>Debtor. | CHAPTER 13 |
| | BANKRUPTCY CASE NUMBER |
| JPMorgan Chase Bank, National Association,<br>Movant, | 16-10500/SR |
| v. | 11 U.S.C. § 362 |
| Michael F. Coates,<br>Debtor, | |
| Frederick L. Reigle, Trustee,<br>Additional Respondent. | |

## O R D E R

AND NOW, this _____ day of _____, 2016, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 144 West Queen Lane, Germantown, PA 19144; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

Dated: October 27, 2016

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE