United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 16-10500-sr
Michael F. Coates                                                Chapter 13
Michael F. Coates
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP        Page 1 of 1        Date Rcvd: Jan 13, 2017
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2017.
db             +Michael F. Coates,    MAILING ADDRESS,    6139 West Jefferson Street 1st Fl,
               Philadelphia, PA 19151-4531
db            #+Michael F. Coates,    144 West Queen Lane,    Philadelphia, PA 19144-6273

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2017 at the address(es) listed below:
        CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
         Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
        DEMETRIUS J. PARRISH    on behalf of Debtor Michael F. Coates djp711@aol.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, National Association
         bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
         bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
         pa-bk@logs.com
        KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         pabk@logs.com
        KRISTEN D. LITTLE    on behalf of Creditor    JPMorgan Chase Bank, National Association
         pabk@logs.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
         james.feighan@phila.gov
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                      TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael F. Coates<br>Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>Movant<br>vs.<br>Michael F. Coates<br>Debtor | NO. 16-10500 SR |
| Frederick L. Reigle Esq.<br>Trustee | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this 13TH day of JANUARY, 2017 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on August 11, 2003 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

_____
United States Bankruptcy Judge.

cc: See attached service list

Michael F. Coates
6139 West Jefferson Street 1st Floor
Philadelphia, PA 19151

Demetrius J. Parrish Esq.
7715 Crittenden Street, #360
Philadelphia, PA 19118

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532