## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael F. Coates<br>　　　　　　　Debtor<br>JPMorgan Chase Bank, National Association<br>　Movant<br>　　　　vs.<br>Michae F. Coates<br>　　　　　　　Debtor<br>　Frederick L. Reigle<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 16-10500-SR<br><br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of JPMorgan Chase Bank, which was filed with the Court on or about <u>April 27**, 2016 (docket entry no. 34)**</u>.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**/s/ Thomas I. Puleo, Esquire**
　　　　　　　　　　　　　　　　　　　　　Thomas I. Puleo, Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　Main Number: (215) 627-1322

January 23, 2017