UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

MICHAEL F. COATES
                                                    : Bankruptcy No. 16-10500SR
          Debtor(s)                                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: January 18, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DEMETRIUS J PARRISH JR ESQ
THE LAW OFFICE of DEMETRIUS J PARRISH JR
7715 CRITTENDEN STREET  #360
PHILADELPHIA PA 19118-

MICHAEL F. COATES
6139 WEST JEFFERSON STREET  1ST FLR
PHILADELPHIA,PA.19151-