United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-10500-jkf
Michael F. Coates                                                       Chapter 13
Michael F. Coates
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 2             Date Rcvd: Jan 18, 2018
                              Form ID: pdf900            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2018.
db            +Michael F. Coates,    MAILING ADDRESS,    6139 West Jefferson Street 1st Fl,
                Philadelphia, PA 19151-4531
db            #+Michael F. Coates,    144 West Queen Lane,    Philadelphia, PA 19144-6273
cr            +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Kristen D. Little, Esquire,
                Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
cr            +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13758070       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                Carol Stream, IL 60197-5008
13665424      +Capital One,   Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
13690409       Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
13665425      +Chase,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
13665426      +Chase Mtg,    Po Box 24696,   Columbus, OH 43224-0696
13764128      +Chase Records Center,    Attn: Correspondence Mail,    Mail Code: LA4-5555,   700 Kansas Lane,
                Monroe, LA 71203-4774
13665427      +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                St Louis, MO 63179-0040
13694911      +Citizens Bank,    1 Citizens Drive, MailStop ROP15B,    Riverside RI 02915-3019
13763333       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
13665428      +Dsnb Bloomingdales,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
13665429      +Fia Cs,   Po Box 982238,    El Paso, TX 79998-2238
13676812      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
13665430      +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Blvd Ms: Rjw-135,
                Warwick, RI 02886-1321
13922433      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
13718622       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,   MADISON WI 53708-8973
13665432      +Us Dept Of Ed/glelsi,    Po Box 7860,   Madison, WI 53707-7860
13665433      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Jan 19 2018 01:49:07     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 19 2018 01:49:00     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: bankruptcy@phila.gov Jan 19 2018 01:49:07     City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr             E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2018 01:44:58     Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13764327      +E-mail/Text: bankruptcy@phila.gov Jan 19 2018 01:49:07
                CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13721584      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 19 2018 01:48:52     MIDLAND FUNDING LLC,
                PO BOX 2011,   WARREN, MI 48090-2011
13687297       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 19 2018 01:48:47
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
13684840       E-mail/PDF: rmscedi@recoverycorp.com Jan 19 2018 01:50:20
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13665431      +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2018 01:44:47     Synchrony Bank,   Po Box 103104,
                Roswell, GA 30076-9104
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: JEGilmore             Page 2 of 2             Date Rcvd: Jan 18, 2018
                              Form ID: pdf900             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:

```
          CHRISTOS A. KATSAOUNIS    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
           Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
          DEMETRIUS J. PARRISH    on behalf of Debtor Michael F. Coates djpbkpa@gmail.com,
           djp711@aol.com;r60715@notify.bestcase.com
          DENISE ELIZABETH CARLON    on behalf of Creditor   JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor   JPMorgan Chase Bank, National Association
           KMcDonald@blankrome.com
          KEVIN S. FRANKEL    on behalf of Creditor   JPMorgan Chase Bank, National Association
           pa-bk@logs.com
          KRISTEN D. LITTLE    on behalf of Creditor   JPMorgan Chase Bank, National Association
           pabk@logs.com
          KRISTEN D. LITTLE    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
           james.feighan@phila.gov
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor   JPMorgan Chase Bank, National Association
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 15
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

MICHAEL F. COATES
                                                    : Bankruptcy No. 16-10500SR
         Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: January 18, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DEMETRIUS J PARRISH JR ESQ
THE LAW OFFICE of DEMETRIUS J PARRISH JR
7715 CRITTENDEN STREET  #360
PHILADELPHIA PA 19118-

MICHAEL F. COATES
6139 WEST JEFFERSON STREET  1ST FLR
PHILADELPHIA,PA.19151-